[No. 27293-4-I. Division One. December 21, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRIE LEE SOLANO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-01037-2, Arthur E. Piehler, J., entered October 29, 1990. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Pekelis and Agid, JJ.

[No. 28555-6-I. Division One. December 21, 1992.]

DELVIN E. LAUKALA, ET AL, *Respondents*, v. MARVIN E. LAUKALA, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 89-2-20749-5, Michael J. Fox, J., entered May 2, 1991. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Grosse, C.J., and Agid, J.

[No. 28475-4-I. Division One. December 21, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE DAVID CAMACHO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-01121-2, Frank L. Sullivan, J., entered March 18, 1992. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Coleman and Agid, JJ.